## LEWIS, ADMINISTRATOR, *v.* SHEAKS ET AL.

[No. 13,264.   Filed February 23, 1929.]

*J. Willis Cotton* and *Shively, Gilmer & Arnold,* for appellant.

NEAL, J.—Reversed, on the authority of *Feldman* v. *Elmore* (1928), 163 N. E. (Ind. App.) 846.

## BALTIMORE AND OHIO RAILROAD COMPANY *v.* HORTON.

[No. 12,668.   Filed March 7, 1929.]

*McMullen & McMullen, Morrison R. Waite, William A. Eggers* and *Joseph Verbarg,* for appellant.
*Connelley & Connelley, William M. Turner, John E. Osborn* and *John Clerkin,* for appellee.

PER CURIAM.—*Affirmed.*

## NORTHWESTERN FINANCE COMPANY *v.* WINES.

[No. 13,373.   Filed March 7, 1929.]

*M. A. Goller* and *Walter D. Stump,* for appellant.
*Edgar W. Atkinson, Oak Husselman* and *C. E. McClintock,* for appellee.

PER CURIAM.—Affirmed.